# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE ROBERTSON, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br><br> Defendant. | Case No. CV 16-2433 AG (MRW) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATE: 11/30/17

_____
HON. ANDREW A. GUILFORD
UNITED STATES DISTRICT JUDGE